Argued and submitted December 20, 1984, affirmed July 10, 1985

STATE OF OREGON,
*Appellant,*

*v.*

WILLIAM THOMAS EHRLE,
*Respondent.*

(84-601-C, 84-658-C; CA A32673)

701 P2d 1056

Brenda J. Peterson, Assistant Attorney General, Salem, argued the cause for appellant. With her on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

David E. Groom, Deputy Public Defender, Salem, argued the cause for respondent. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

Van Hoomissen, J., dissenting.

## PER CURIAM

The state appeals a trial court order that sustained defendant's demurrer to two indictments for multiple counts of robbery in the first degree, ORS 164.415, on the ground that the indictments show on their face that the Statute of Limitations, ORS 131.125(2)(a), had run. The trial court was correct. *See State v. Livingston,* 73 Or App 551, 699 P2d 1131 (1985).

Affirmed.

## VAN HOOMISSEN, J., dissenting.

I respectfully dissent for the reasons stated in my dissenting opinion in *State v. Livingston,* 73 Or App 551, 555, 699 P2d 1131 (1985). *See* ORS 131.125(2)(a); ORS 131.145(2)(a); ORS 131.135.